IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.:  3:06cr444/RV/EMT
 3:14cv297/RV/EMT

RODNEY RODRIQUEZ SHIPMAN
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 1, 2014 (doc. 109).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of the timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 111), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 107) is summarily **DENIED and DISMISSED** as untimely.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 18th day of July, 2014.

/s/ _Roger Vinson_
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**